CO-386-online
10/03

# United States District Court
# For the District of Columbia

NANCY GIBSON

Plaintiff

vs

NATIONAL SOCIETY DAUGHTERS
OF AMERICAN REVOLUTION

Defendant

Civil Action No. __1:07-cv-00950__

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __NATIONAL SOCIETY DAUGHTERS OF AMERICAN REVOLUTION__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __NATIONAL SOCIETY DAUGHTERS OF AMERICAN REVOLUTION__ which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[Signature]_
Signature

291815
BAR IDENTIFICATION NO.

Douglas C. Herbert
Print Name

1730 Rhode Island Avenue, N.W., Suite 608
Address

Washington DC 20036
City    State    Zip Code

202-659-1400
Phone Number