IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nancy Gibson, </br></br> Plaintiff, </br></br> v. </br></br> National Society of the Daughters of </br> the American Revolution </br> 1776 D Street, N.W. </br> Washington, D.C. 20006, </br></br> Defendant | ) </br> ) </br> ) </br> ) </br> ) </br> )      Case: 1:07-cv-00950RMC </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**JOINT MOTION FOR EXTENSION OF TIME**
**TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant National Society of the Daughters of the American Revolution and plaintiff Nancy Gibson hereby move this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time until Wednesday, July 11, 2007, for defendant to answer or otherwise respond to the Complaint herein.  As set forth more fully in the attached Statement of Points and Authorities, the parties are jointly seeking such extension because the recent untimely death of plaintiff's son in a car accident has made it effectively impossible for counsel to confer with his client and in order that defendant's counsel may have additional time to prepare the Answer or other motion permitted by Rule 12(b)(6).  A proposed Order is attached.

                                                 Respectfully submitted,

                                                 /s/ Douglas C. Herbert
                                                 Douglas C. Herbert
                                                 D.C. Bar No. 291815
                                                 Law Office of Douglas C. Herbert
                                                 1730 Rhode Island Avenue, N.W.
                                                 Suite 608

        Washington, D.C. 20036
        (202) 659-1400

        Counsel for Defendant National Society of the
        Daughters of the American Revolution


        /s/ Lorence L. Kessler
        Lorence L. Kessler
        D.C. Bar No. 203521
        Suite 500
        1875 I Street, N.W.
        Washington, D.C. 20006

        (202) 857-8067

        Counsel for Plaintiff Nancy Gibson


## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of June, 2007 a copy of the foregoing Joint Motion for Extension of Time to File Answer or Otherwise Respond to Complaint, Statement of Points and Authorities, and Proposed Order was mailed and/or electronically filed on:

Lorence L. Kessler
Suite 500
1875 I Street, N.W.
Washington, D.C. 20006


        /s/ Douglas C. Herbert

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nancy Gibson, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **Case: 1:07-cv-00950RMC** |
| National Society of the Daughters of the American Revolution 1776 D Street, N.W. Washington, D.C. 20006, | ) ) ) ) ) |
| Defendant | ) ) |

**STATEMENT OF POINTS AND AUTHORITIES
IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO FILE
 ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The Complaint in this case was served by hand on defendant National Society of the Daughters of the American Revolution on May 31, 2007. Accordingly, under Rule 12(a)(1), defendant must answer or otherwise respond to the Complaint by today, June 20, 2007. However, Rule 6(b) provides that the Court may in its discretion extend the time for such a response, if the motion for such extension is filed within the period originally prescribed.

Plaintiff Nancy Gibson and defendant jointly move for a three-week extension of time for defendant to answer or otherwise respond for two reasons. First, Ms. Gibson's son, Douglas Tuckhorn, Jr., died in an automobile accident on June 11, 2007 and his funeral was held on June 16, 2007. The untimely death of Ms. Gibson's son has made it effectively impossible for plaintiffs' counsel to confer meaningfully with his client about the case at this time, since Ms. Gibson is distraught and is dealing with immediate issues relating to the care and custody of her grandson. While plaintiffs' counsel is not, of course, responsible for filing the Answer, upon

1

filing of the Answer plaintiff's counsel would be required to participate in discussions concerning the parties' joint report concerning the Scheduling Order under Rule 16, which will require close attorney-client consultation.  <u>Second</u>, due to the demands of litigation and other time-sensitive matters, additional time would be useful to defense counsel in preparing the Answer or other response.

Even with the requested three-week extension of time, the Answer or other response will be filed more quickly than the 60-day period that would have been allowed if plaintiff had served the Complaint by mail pursuant to Rule 4(d).  Thus, granting the parties' joint motion should not unduly delay the expeditious resolution of this suit.

        Respectfully submitted,

        <u>/s/ Douglas C. Herbert</u>
        Douglas C. Herbert
        D.C. Bar No. 291815
        Law Office of Douglas C. Herbert
        1730 Rhode Island Avenue, N.W.
        Suite 608
        Washington, D.C. 20036
        (202) 659-1400

        Counsel for Defendant National Society of the Daughters of the American Revolution

        <u>/s/ Lorence L. Kessler</u>
        Lorence L. Kessler
        D.C. Bar No. 203521
        Suite 500
        1875 I Street, N.W.
        Washington, D.C. 20006
        (202) 857-8067

        Counsel for Plaintiff Nancy Gibson

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Nancy Gibson,               )<br>                                           )<br>            Plaintiff,        )<br>                                           )<br>    v.                             )<br>                                           )<br>National Society of the Daughters of  )<br>  the American Revolution,    )<br>                                           )<br>            Defendant      )<br>                                           ) | **Case: 1:07-cv-00950RMC** |

**ORDER**

Upon consideration of the joint motion of the parties for an extension of time for defendant to answer or otherwise respond to the Complaint and it appearing that good cause has been shown, it is this ___ day of June, 2007 hereby

**ORDERED** that the parties' joint motion is **GRANTED**. It is further **ORDERED** that defendant National Society of the Daughters of the American Revolution shall have until July 11, 2007 to file an answer or other response to the Complaint.

_____
UNITED STATES DISTRICT JUDGE