IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nancy Gibson,<br><br>               Plaintiff,<br><br>v.<br><br>National Society of the Daughters of<br>  the American Revolution,<br><br>               Defendant | **Case: 1:07-cv-00950RMC** |

**JOINT MOTION FOR EXTENSION OF CERTAIN DISCOVERY DEADLINES**

Pursuant to Fed. R. Civ. P. 16(b) and LCvR 16.4(b), the parties jointly move this Court to extend two discovery deadlines established by the Court's August 31, 2007 Scheduling Order.

First, the Scheduling Order establishes a January 18, 2008 deadline for the plaintiff to designate her experts and to submit an expert report. Plaintiff intends to submit an expert report by one or more of her treating physicians. However, Dr. M. Hussain, her principal treating physician, is currently traveling outside the country and will not return until January 31, 2008. Accordingly, the parties seek an extension of the deadline for the submission of a report from Ms. Gibson's treating physician or physicians until February 7, 2008.

Second, the Scheduling Order establishes a January 31, 2008 deadline for the completion of all non-expert discovery. However, two third party witnesses, Linda Tinker Watkins and April Watkins, whose depositions will be taken in Nashville, Tennessee, are not available for depositions this month due to conflicts in their attorney's schedule. Accordingly, the parties seek an extension of the deadline for the taking of the depositions of these two witnesses until February 8, 2008.

Neither of these extensions of time will require any change in the other deadlines established by the Court, including the February 22, 2008 status conference and the April 1, 2008 deadline for the submission of dispositive motions.  Accordingly, granting the parties' joint motion will not cause any delay in the ultimate disposition of this matter.

A proposed Order is attached.

Respectfully submitted,


    /s/ Douglas C. Herbert
Douglas C. Herbert
D.C. Bar No. 291815
Law Office of Douglas C. Herbert
1730 Rhode Island Avenue, N.W.
Suite 608
Washington, D.C. 20036
(202) 659-1400

Counsel for Defendant National Society of the Daughters of the American Revolution


    /s/ Lorence L. Kessler
Lorence L. Kessler
D.C. Bar No. 203521
Suite 500
1875 I Street, N.W.
Washington, D.C. 20006
(202) 857-8067

Counsel for Plaintiff Nancy Gibson


Dated: January 17, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nancy Gibson,<br><br>    Plaintiff,<br><br>v.<br><br>National Society of the Daughters of<br> the American Revolution,<br><br>    Defendant | **Case: 1:07-cv-00950RMC** |

# **ORDER**

Upon consideration of the parties' Joint Motion for Extension of Certain Discovery Deadlines and the arguments submitted in support thereof, the Motion is GRANTED and the Court's Scheduling Order dated August 31, 2007 is hereby MODIFIED as follows:

 1.  The expert report or reports from plaintiff's treating physicians must be submitted no later than February 7, 2008.

 2.  The depositions of Linda Tinker Watkins and April Watkins must be completed no later than February 8, 2008.

 All other deadlines in the Court's Scheduling Order remain in effect.

**SO ORDERED:**

DATED THIS _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE