IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy Gibson,

      Plaintiff,

v.                                                                    **Case: 1:07-cv-00950 RMC**

National Society of the Daughters of
the American Revolution,

      Defendant

STIPULATION OF DISMISSAL WITH PREJUDICE

The parties have reached an agreement that resolves this case. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nancy Gibson hereby dismisses this action, with prejudice. Defendant's approval is noted by the signature of its counsel below. Each party will bear its own costs.

                                          Respectfully submitted,

                                          _____/s/_____
                                          Lorence L. Kessler
                                          D.C. Bar No. 203521
                                          1875 I Street, NW, Suite 500
                                          Washington, D.C. 20006
                                          (202) 857-8067

                                            Counsel for Plaintiff Nancy Gibson

                    APPROVED:

                    _____/s/_____
                    Douglas C. Herbert
                    D.C. Bar No. 291815
                    Law Office of Douglas C. Herbert
                    1730 Rhode Island Avenue, NW, Suite 608
                    Washington, D.C. 20036
                    (202) 659-1400

                    Counsel for Defendant National Society of the
                    Daughters of the American Revolution

February 18, 2008